# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1154**             **September Term, 2013**

**FCC-79FR48442**

**Filed On: August 19, 2014** [1508274]

National Association of Broadcasters,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

**N O T I C E**

This case was docketed on August 18, 2014. The Federal Communications Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on August 18, 2014, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
             Ken R. Meadows
             Deputy Clerk

Attachment:
    Certified Copy of Petition for Review