# United States Court of Appeals
### For The District of Columbia Circuit

———————

| | |
|---|---|
| **No. 14-1154** | **September Term, 2013** |
| | **FCC-79FR48442** |
| | **Filed On: August 19, 2014** [1508277] |

National Association of Broadcasters,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

## O R D E R

The petition for review in this case was filed and docketed on August 18, 2014, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 18, 2014 |
| Docketing Statement Form | September 18, 2014 |
| Procedural motions, if any | September 18, 2014 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 18, 2014 |
| Statement of Issues to be Raised | September 18, 2014 |
| Underlying Decision from Which Appeal or Petition Arises | September 18, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | October 3, 2014 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1154**                                                                  **September Term, 2013**

| | |
|---|---:|
| Entry of Appearance Form | September 18, 2014 |
| Procedural motions, if any | September 18, 2014 |
| Certified Index to the Record | October 3, 2014 |
| Dispositive Motions, if any (Original and 4 copies) | October 3, 2014 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a certified copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Ken R. Meadows
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases