IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASS'N OF BROADCASTERS, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>FEDERAL COMMUNICATIONS COMMISSION )<br>and THE UNITED STATES OF AMERICA, )<br>)<br>Respondents ) | **No. 14-1154** |

## RESPONSE OF FEDERAL COMMUNICATIONS COMMISSION TO PETITIONER'S MOTION FOR EXPEDITED CONSIDERATION

The Federal Communications Commission hereby responds to petitioner National Association of Broadcasters' motion asking the Court to expedite briefing and consideration of its petition for review in this case.

Whether to expedite consideration of a particular case is, of course, a question for the Court to decide in view of the other matters on its docket. Nevertheless, the Commission believes that it generally would be in the public interest to resolve the issues apparently to be raised in NAB's petition for review as promptly as possible. Thus, without agreeing to NAB's extended criticism in the motion and accompanying declarations of the FCC's order on review or its claims that the order is subject to substantial challenge and of irreparable injury to its members absent expedition, the Commission does not oppose the expedited consideration that NAB seeks.

- 2 -

However, as NAB notes (Mot. at 5 n.2), it is proposing a schedule that would have its brief due prior to expiration of the statutory time period within which other parties may seek review of the FCC order at issue in this case, which is October 14, 2014. Although NAB states that it is not aware of other parties who are likely to seek review of this order, such additional filings are possible. If other parties should file additional petitions, the Commission reserves the right to argue that the Court, after hearing from interested parties, should include those additional challengers in a modified briefing schedule in this case.

    Respectfully submitted,

    Jacob M. Lewis
    Associate General Counsel

    */s/ C. Grey Pash, Jr.*

    C. Grey Pash, Jr.
    Counsel

    Federal Communications Commission
    Washington, D. C. 20554
    (202) 418-1740

August 28, 2014

14-1154

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**National Association of Broadcasters, Petitioner**

**v.**

**Federal Communications Commission and the
United States of America, Respondents**

## CERTIFICATE OF SERVICE

I, C. Grey Pash, Jr., hereby certify that on August 28, 2014, I electronically filed the foregoing Response of Federal Communications Commission to Petitioner's Motion for Expedited Consideration with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Miguel A. Estrada
Ashley S. Boizelle
Lucas C. Townsend
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
*Counsel for:   NAB*

Rick Kaplan
Jane E. Mago
National Association of Broadcasters
1771 N Street, N.W.
Washington, D.C. 20036
*Counsel for: NAB*

Robert J. Wiggers
U.S. Department of Justice
Antitrust Division, Room 3224
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530-0001
*Counsel for:  USA*

*/s/  C. Grey Pash, Jr.*