# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF BROADCASTERS,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>Respondents. | Case No. 14-1154 |

## STATEMENT REGARDING DEFERRED APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c) and D.C. Circuit Rule 30(c), the National Association of Broadcasters and the Federal Communications Commission stipulate that they will use a deferred appendix.

Dated: August 28, 2014          Respectfully submitted,

/s/ Miguel A. Estrada

| | |
|---|---|
| Rick Kaplan | Miguel A. Estrada |
| Jane E. Mago |   *Counsel of Record* |
| NATIONAL ASSOCIATION OF BROADCASTERS | Scott P. Martin |
| | Lucas C. Townsend |
| 1771 N Street, N.W. | Ashley S. Boizelle |
| Washington, D.C. 20036 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (202) 429-5430 | 1050 Connecticut Ave., N.W. |
| | Washington, D.C. 20036 |
| | Telephone: (202) 955-8500 |
| | MEstrada@gibsondunn.com |

*Attorneys for Petitioner National Association of Broadcasters*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2014, I caused the foregoing Statement Regarding the Deferred Appendix to be filed with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using the appellate CM/ECF system. Service was accomplished on the following persons by the appellate CM/ECF system:

Richard Kiser Welch
Jacob M. Lewis
C. Grey Pash, Jr.
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554
*Counsel for Federal Communications Commission*

/s/ Lucas C. Townsend
Lucas C. Townsend
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036