# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF BROADCASTERS, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents. | No. 14-1154 |

## PROVISIONAL CERTIFICATE
## AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's Rules 15(c)(3) and 28(a)(1), the National Association of Broadcasters ("NAB") states as follows:

### A.    Parties and *Amici*

The parties to this case are NAB and Respondents Federal Communications Commission ("Commission") and United States of America. NAB is not aware of any likely *amici curiae* at this time.

NAB is a non-profit trade association that advocates for free local television and radio stations and broadcast networks before Congress, the Commission and other agencies, and the courts.

B.　　**Rulings Under Review**

NAB seeks review of a final order of the Commission captioned *Expanding the Economic and Innovative Opportunities of Spectrum Through Incentive Auctions*, Report and Order, GN Dkt. No. 12-268 (rel. June 2, 2014). The order was published in the *Federal Register* on August 15, 2014. 79 Fed. Reg. 48442.

C.　　**Related Cases**

NAB is not aware of any related cases at this time.

Dated: August 29, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Miguel A. Estrada

Rick Kaplan　　　　　　　　　　　　　Miguel A. Estrada
Jane Mago　　　　　　　　　　　　　　*Counsel of Record*
NATIONAL ASSOCIATION OF　　　　　　Scott P. Martin
BROADCASTERS　　　　　　　　　　　Lucas C. Townsend
1771 N Street, N.W.　　　　　　　　　　Ashley S. Boizelle
Washington, D.C. 20036　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
Telephone: (202) 429-5430　　　　　　　1050 Connecticut Ave., N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　Telephone: (202) 955-8500
　　　　　　　　　　　　　　　　　　　MEstrada@gibsondunn.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Petitioner National Association of Broadcasters*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2014, I caused the foregoing Provisional Certificate as to Parties, Rulings, and Related Cases to be filed with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using the appellate CM/ECF system. Service was achieved on the following persons by the appellate CM/ECF system:

Richard Kiser Welch
Jacob M. Lewis
C. Grey Pash, Jr.
General Counsel
Federal Communications Commission
445 12th Street, S.W., Room 8-A741
Washington, DC 20554
*Counsel for Federal Communications Commission*

/s/ Miguel A. Estrada
Miguel A. Estrada
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036