# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. **CASE NO.** 14-1154    2. **DATE DOCKETED:** Aug. 19, 2014
3. **CASE NAME** (lead parties only)  Nat'l Ass'n of Broadcasters  v.  Federal Communications Commission
4. **TYPE OF CASE:** ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes  ☒ No
   If YES, cite statute
6. **CASE INFORMATION:**
   a. Identify agency whose order is to be reviewed: Federal Communications Commission
   b. Give agency docket or order number(s): GN Docket No. 12-268
   c. Give date(s) of order(s): June 2, 2014
   d. Has a request for rehearing or reconsideration been filed at the agency?  ☐ Yes  ☒ No
      If so, when was it filled?     By whom?
      Has the agency acted?  ☐ Yes  ☒ No   If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attached.

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes  ☒ No  If YES, identify case name(s), docket number(s), and court(s)

   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes  ☒ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes  ☒ No  If YES, provide program name and participation dates.

Signature  s/ Miguel A. Estrada       Date Aug. 29, 2014
Name of Counsel for Appellant/Petitioner  Miguel A. Estrada
Address  Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036
E-Mail  MEstrada@gibsondunn.com    Phone ( 202 ) 955-8500    Fax ( 202 ) 530-9616

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF BROADCASTERS, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents. | Case No. 14-1154 |

## SUPPLEMENT TO DOCKETING STATEMENT

**Docketing Statement Question 6(e)**

The National Association of Broadcasters ("NAB") is a non-profit trade association that advocates for free local television and radio stations and broadcast networks before Congress, the Federal Communications Commission ("FCC") and other agencies, and the courts. The FCC order under review injures NAB's members by adopting a new methodology for the FCC's incentive auction pursuant to Title VI of the Middle Class Tax Relief and Job Creation Act of 2012, Pub. L. 112-96, 126 Stat. 156, 201, that will reduce coverage area and population served for NAB's members. NAB has standing to bring this action on behalf of its members because they would have standing to sue in their own right, the interests

that NAB seeks to protect are germane to its purpose, and the claims and relief do not require the participation of individual members in this lawsuit.  *See Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 343 (1977).

Dated:  August 29, 2014

Rick Kaplan
Jane E. Mago
NATIONAL ASSOCIATION OF
BROADCASTERS
1771 N Street, N.W.
Washington, D.C. 20036
Telephone: (202) 429-5430

Respectfully submitted,

/s/ Miguel A. Estrada
Miguel A. Estrada
  *Counsel of Record*
Scott P. Martin
Lucas C. Townsend
Ashley S. Boizelle
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
MEstrada@gibsondunn.com

*Attorneys for Petitioner National
Association of Broadcasters*

# CERTIFICATE OF SERVICE

I hereby certify on this 29th day of August, 2014, I cased the foregoing Docketing Statement to be filed with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using the appellate CM/ECF system. Service was accomplished on the following individuals by the appellate CM/ECF system:

Richard Kiser Welch
Jacob M. Lewis
C. Grey Pash, Jr.
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554
*Counsel for Federal Communications Commission*

/s/ Miguel A. Estrada
Miguel A. Estrada
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036