IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION OF BROADCASTERS, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA, <br><br> Respondents. | Case No. 14-1154 |

**PROVISIONAL STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's August 19, 2014 order, the National Association of Broadcasters ("NAB") submits the following provisional, non-binding statement of the issues to be raised in the above-captioned proceeding.

1.  Whether the Federal Communications Commission's ("FCC") order captioned *Expanding the Economic and Innovative Opportunities of Spectrum Through Incentive Auctions*, Report and Order, GN Dkt. No. 12-268 (rel. June 2, 2014) ("Order"), violates Title VI of the Middle Class Tax Relief and Job Creation Act of 2012, Pub. L. 112-96, § 6403, 126 Stat. 156, 225-30, by failing to make "all reasonable efforts to preserve, as of February 22, 2012, the coverage area and population served of each broadcast

television licensee, as determined using the methodology described in OET Bulletin 69 of the Office of Engineering and Technology of the Commission." 47 U.S.C. § 1452(b)(2).

2. Whether the FCC's Order is arbitrary, capricious, or an abuse of discretion within the meaning of the Administrative Procedure Act ("APA"), 5 U.S.C. § 706(2);

3. Whether the FCC's Order was adopted in violation of the APA's notice and comment requirements, *see id.* § 553(b)-(c);

4. Whether the FCC's order is otherwise contrary to law.

Dated:  August 29, 2014                             Respectfully submitted,

                                                    /s/ Miguel A. Estrada
Rick Kaplan                                         Miguel A. Estrada
Jane E. Mago                                          *Counsel of Record*
NATIONAL ASSOCIATION OF                             Scott P. Martin
BROADCASTERS                                        Lucas C. Townsend
1771 N Street, N.W.                                 Ashley S. Boizelle
Washington, D.C. 20036                              GIBSON, DUNN & CRUTCHER LLP
Telephone: (202) 429-5430                           1050 Connecticut Ave., N.W.
                                                    Washington, D.C. 20036
                                                    Telephone: (202) 955-8500
                                                    MEstrada@gibsondunn.com

                                                    *Attorneys for Petitioner National
                                                    Association of Broadcasters*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2014, I caused the foregoing Provisional Statement of Issues to be Raised to be filed with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using the appellate CM/ECF system. Service was accomplished on the following persons by the appellate CM/ECF system:


Richard Kiser Welch
Jacob M. Lewis
C. Grey Pash, Jr.
Federal Communications Commission
445 12th Street, S.W.
Washington, D.C. 20554
*Counsel for Federal Communications Commission*


　　　　　　　　　　　　　　　　/s/ Miguel A. Estrada
　　　　　　　　　　　　　　　　Miguel A. Estrada
　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　1050 Connecticut Ave., N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20036