# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-1154 September Term, 2014

FCC-79FR48442

**Filed On:** September 5, 2014

National Association of Broadcasters,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

## O R D E R

Upon consideration of petitioner's emergency motion for expedited consideration and an expedited briefing schedule and the response thereto, it is

**ORDERED** that the following schedule and format apply in this case:

| | |
|---|---|
| Brief for Petitioner (not to exceed 14,000 words) | 10/06/14 |
| Joint Brief for Intervenors in Support of Petitioner, if any (not to exceed 8,750 words) | 10/14/14 |
| Brief for Respondents (not to exceed 14,000 words) | 11/13/14 |
| Joint Brief for Intervenors in Support of Respondents, if any (not to exceed 8,750 words) | 11/20/14 |
| Reply Brief for Petitioner (not to exceed 7,000 words) | 12/04/14 |
| Deferred Appendix | 12/11/14 |
| Final Briefs | 12/18/14 |

This schedule includes dates for possible intervenor briefs. In the event

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1154**                                         **September Term, 2014**

additional petitions for review of the FCC's decision are filed, however, it may be necessary to adjust the schedule.  The Clerk is directed to calendar this case for oral argument on an appropriate date following the completion of briefing.

      The court reminds the parties that

>   In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . .  When the appellant's or petitioner's standing is not apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Procedures 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are directed to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

             BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk