# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-1154**                                    **September Term, 2014**

FCC-79FR48442

**Filed On:** September 19, 2014

National Association of Broadcasters,

      Petitioner

      v.

Federal Communications Commission and
United States of America,

      Respondents

**No. 14-1179**

Sinclair Broadcast Group, Inc.,

      Petitioner

      v.

Federal Communications Commission and
United States of America,

      Respondents

**O R D E R**

    It is, on the court's own motion, **ORDERED** that the above-captioned cases be consolidated.  It is

    **FURTHER ORDERED** that in light of the petition for review filed on September 15, 2014, the order establishing a briefing schedule in No. 14-1154, filed September 5, 2014, be vacated.  It is

    **FURTHER ORDERED** that, because it appears these consolidated cases present potential problems of duplicative briefing, the parties submit by 4:00 p.m. on October 3, 2014, proposed briefing schedules and formats.  The parties are strongly

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1154**                                                                 **September Term, 2014**

urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

     In the event additional petitions for review of the FCC's decision are filed, it may again be necessary to adjust the briefing format and schedule for these cases.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:    /s/
                        Michael C. McGrail
                        Deputy Clerk