# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 14-1154**  **September Term, 2014**

FCC-79FR48442

Filed On: October 15, 2014 [1517180]

National Association of Broadcasters,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

CTIA - The Wireless Association, et al.,
    Intervenors

------------------------------

Consolidated with 14-1179

## O R D E R

Upon consideration of the motions for leave to intervene filed by:

Expanding Opportunities for Broadcasters Coalition, Consumer Electronics Association, Competitive Carriers Association, CTIA - The Wireless Association,

it is **ORDERED** that the motions be granted.

    Circuit Rules 28(d) and 32(a)(2) govern the filing of briefs by intervenors. A schedule for the filing of briefs will be established by future order. That order will automatically provide briefing only for intervenors on the side of respondents. Any intervenor(s) intending to participate in support of petitioners must so notify the court, in writing, within 14 days of the date of this order. Such notification must include a statement of the issues to be raised by the intervenor(s). This notification will allow tailoring of the briefing schedule to provide time for a brief as intervenor on the side of petitioners. Failure to submit notification could result in an intervenor being denied leave to file a brief.

    Intervenors supporting the same party are reminded that they **must** file a joint brief or certify to the court why a separate brief is necessary. Intervenors' attention is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-1154**                                                          **September Term, 2014**

particularly directed to D.C. Circuit Handbook of Practice and Internal Procedures 38-39 (2013), which describes "unacceptable" grounds for filing separate briefs. Failure to comply with this order may result in the imposition of sanctions. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      John J. Accursio
      Deputy Clerk