# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1154**  **September Term, 2014**

FCC-79FR48442
FCC-14-143

Filed On: December 24, 2014 [1529162]

National Association of Broadcasters,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

CTIA - The Wireless Association, et al.,
    Intervenors

------------------------------

Consolidated with 14-1179, 14-1218

## O R D E R

    It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on March 12, 2015, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

The following forms and notices are available on the Court's website:

    Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)