# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-1154 | September Term, 2014 |
| | FCC-79FR48442 |
| | FCC-14-143 |
| | Filed On: February 26, 2015 [1539712] |

National Association of Broadcasters,

     Petitioner

    v.

Federal Communications Commission and
United States of America,

     Respondents

------------------------------

CTIA - The Wireless Association, et al.,
              Intervenors
------------------------------

Consolidated with 14-1179, 14-1218

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 12, 2015, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 20 Minutes |
| Respondents | - | 20 Minutes |

The panel considering this case will consist of Circuit Judges Henderson and Srinivasan, and Senior Circuit Judge Sentelle.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 5, 2015.

**Per Curiam**

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)